

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2018

No. 04-02-00551-CR

Sean Devon **CLARK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2001-CR-6202
Honorable Mark R. Luitjen, Judge Presiding

# O R D E R

The Appellant's Motion to Recall Mandate is hereby DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of April, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court